ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 2:29:36 PM
KEITH HOTTLE
CLERK

No. 04-14-00906-CV

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 2:29:36 PM
KEITH E. HOTTLE
Clerk

**DAVID MAUK**

Appellant

v.

Appellees

**PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL**

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court,
Bexar County, Texas

**APPELLEES' MOTION FOR LEAVE TO FILE AMENDED BRIEF**

TO THE HONORABLE JUSTICES OF THE FOURTH JUDICIAL DISTRICT APPEALS COURT:

NOW COME, Appellees, ROBERT RAE POWELL and PIPE CREEK WATER WELL, LLC, and file this Motion for Leave to File Amended Brief and will show as follows:

1. Appellees filed their brief on February 19, 2015.

2. On March 19, 2015, Appellant filed Appellant's Reply Brief. Therein, Appellant objects to Appellees' brief and mistakenly attributes the requirements of an *appellant's* brief enumerated in Texas Rule of Appellate Procedure 38.1 to an *appellee's* brief. The requirements of an appellee's brief are enumerated in Texas Rule of Appellate Procedure 38.2.

3. Texas Rule of Appellate Procedure 38.2 does not require an appellee's brief to include specific citations to the record. However, Appellees' have amended their brief to include such

citations out of an over abundance of caution and for the ease and convenience of this Honorable Court.

4. Therefore, Appellees request leave of Court to file an amended brief which includes citations to the record where appropriate.

PRAYER

Appellees, ROBERT RAE POWELL and PIPE CREEK WATER WELL, LLC pray that this motion be filed, that leave of Court be granted, and that they have such other relief, in law or equity, to which they may be justly entitled.

Respectfully submitted,

Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982


*/S/ Megan H. Kucera*

By:_____
    KEITH P. MILLER
    State Bar No. 14093725
    MEGAN H. KUCERA
    State Bar No. 24076449

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been served by:

\_\_\_ Certified Mail Return Receipt Requested
\_\_\_ First Class Mail
\_X\_ Telecopier  and/or
\_\_\_ Hand-delivery
\_\_\_ EService

To the following:

William M. McKamie
Adolfo Ruiz
McKamie Kruger, LLP
941 Proton Road
San Antonio, Texas 78258
Telecopier: (210) 546-2130
adolfo@mckamiekrueger.com

On the 27<sup>h</sup> day of March, 2015.

*/s/ Megan Kucera*

_____
Megan H. Kucera